IN THE UNITED STATES DISTRICT COURT FOR THE FILED
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

00 FEB 29 PM 1:08

U.S. DISTRICT COURT
N.D. OF ALABAMA

DARRELL WILSON,                        )
                                       )
          Plaintiff,                   )
                                       )
vs.                              · )        CV 99-J-3456-J
                                       )
MARK BARRE, BUD PURSER,                )
G. B. BLALOCK, JIMMY CASHION,          )
STEPHEN L. HOPKINS, BOBBY              )
BLAYLOCK, RONNIE VICKERY,              )
CAROLYN P. FLACK, RICKY PURSER, )
and CECIL DOBBS,                       )
                                       )          FEB 2 9 2000
          Defendants.                  )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 26, 2000, recommending

that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. §

1915A(b).   The plaintiff filed objections to the report and recommendation on February 3, 2000.

Plaintiff maintains that his complaint should not be dismissed because has not had access to a law

library.  Plaintiff restates his claim which is not a claim that can be brought in a civil rights action.

Plaintiff is contesting the legality of his incarceration which must be brought in a § 2254 action for

habeas corpus after he has exhausted his state remedies.

Having carefully reviewed and considered *de novo* all the materials in the court file,

including the report and recommendation and the objections thereto, the Court is of the opinion that

the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

7

ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C.

§ 1915A(b). A Final Judgment will be entered.

DATED this _29_ day of ___February___, 2000.

_____
INGE JOHNSON
UNITED STATES DISTRICT JUDGE